IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V.  § | CRIMINAL NO. G-00-13 (01) |
| § | CIVIL ACTION  NO. G-05-270 |
| FRANK ESPINOSA § | |

## FINAL JUDGMENT

Pursuant to this Court's Opinion and Order of even date herewith, Motion under 28 U.S.C. § 2255 (Instrument no. 82) of Frank Espinosa is **DENIED**.

**THIS IS A FINAL JUDGMENT.**

**DONE** at Galveston, Texas, this 1st day of August, 2005.

_____
Samuel B. Kent
United States District Judge